1  Neil A. Rombardo, Esq., Nev. Bar No. 6800
   nrombardo@washoeschools.net
2  Christopher B. Reich, Esq., Nev. Bar No. 10198
   creich@washoeschools.net
3  Sara K. Montalvo, Esq., Nev. Bar No. 11899
   sara.montalvo@washoeschools.net
4  WASHOE COUNTY SCHOOL DISTRICT
   P.O. Box 30425
5  Reno, NV 89520-3425
   Telephone: 775-348-0300
6  Fax: 775-333-6010
   Attorneys for Defendants Washoe County School District,
7  Tammy Hart, Jason Urmston, and Rollins Stallworth

8              UNITED STATES DISTRICT COURT

9            IN AND FOR THE DISTRICT OF NEVADA

10 MICHAEL FAKER, individually, and
   MICHAEL FAKER, as parent and guardian
11 for E.F., a minor.

12          Plaintiffs,                    CASE NO.: 3:20-cv-00285-LRH-WGC

13     vs.
                                           **STIPULATION AND ORDER TO**
14 WASHOE COUNTY SCHOOL DISTRICT a         **EXTEND TIME TO RESPOND TO**
   political subdivision of the State of Nevada;  **COMPLAINT**
15 TAMMY HART, in her individual and
   official capacities; JASON URMSTON, in  (first request)
16 his individual and official capacities; and
   ROLLINS STALLWORTH, in his individual
17 and official capacities.

18          Defendants.
                                         /
19

20       COMES NOW, Defendants Washoe County School District, Tammy Hart, Jason

21 Urmston, and Rollins Stallworth (collectively referred to as Defendants) and Plaintiff Michael

22 Faker, individually, and Michael Faker, as parent and guardian for E.F., a minor ("Plaintiffs"),

23 by and though their respective counsel of record, and hereby stipulate and agree, pursuant to

Federal Rules of Civil Procedure 6(b) and Civil Local Rules IA 6-1 and 7-1, to extend the

1

deadline for the Defendants' answer or response to Plaintiffs' Complaint to July 13, 2020. This Stipulation is based on the following:

1. Plaintiffs served their Summons and Complaint and Jury Demand (Complaint) upon Defendant Jason Urmston on May 24, 2020 [ECF 1];

2. As a courtesy to Plaintiffs, service of process of the applicable Summons and Complaint was accepted on behalf of Defendants Washoe County School District, Tammy Hart, and Rollins Stallworth on May 29, 2020 [ECF 1];

3. Due to the current COVID-19 pandemic and the current increased workload of Defendants and their Office of the General Counsel, Plaintiffs and Defendants stipulate and agree that it is in their mutual best interests to extend the deadline for the answer or response to Plaintiffs' Complaint for all Defendants to July 13, 2020.

4. This is the first Stipulation for extension of time to answer or otherwise respond to Plaintiff's Complaint.

5. This Stipulation is made in good faith and is not for the purposes of delay.

DATED this 2nd day of June, 2020.             DATED this 2nd day of June, 2020.

By: /s/Kristen R. Geddes, Esq.                By: /s/Christopher B. Reich, Esq.
    Kristen R. Geddes, Esq.                       Christopher B. Reich, Esq.
    1575 Delucchi Lane, Suite 206                 creich@washoeschools.net
    Reno, Nevada 89502                            P.O. Box 30425
    Kristen@TheGeddesLawFirm.com                  Reno, Nevada 89520-3425
    Attorney for Plaintiffs                       Attorneys for all Defendants

IT IS SO ORDERED:

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2020

2