WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FAKER, individually, and MICHAEL FAKER, as parent and guardian for E.F., a minor.<br><br>             Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT a political subdivision of the State of Nevada; TAMMY HART, in her individual and official capacities; JASON URMSTON, in his individual and official capacities; and ROLLINS STALLWORTH, in his individual and official capacities.<br><br>             Defendants. | CASE NO: 3:20-cv-00285-LRH-WGC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF E.F.** |

The parties to this action, acting through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree to the dismissal with prejudice of Plaintiff E.F. in this action, including all claims stated by E.F. against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated: December 4, 2020            THE GEDDES LAW FIRM, P.C.

                                                            *[signature]*

                                                            William J. Geddes, Esq.
                                                            Nevada Bar No. 6984
                                                            Kristen R. Geddes
                                                            Nevada Bar No. 9027
                                                            1575 Delucchi Lane, Suite 206
                                                            Reno, Nevada 89502
                                                            Phone: (775) 853-9455
                                                            Fax: (775) 299-5337
                                                            Email: Will@thegeddeslawfirm.com
                                                            Email: Kristen@thegeddeslawfirm.com
                                                            *Attorneys for Plaintiffs*

Dated: December 4, 2020            WASHOE COUNTY SCHOOL DISTRICT

                                                            *Electronic Signature Authorized*

                                                            */s/  Christopher B. Reich, Esq.*

                                                            CHRISTOPHER B. REICH, ESQ.
                                                            Nevada Bar No. 10198
                                                            Deputy Chief General Counsel
                                                            creich@washoeschools.net
                                                            NEIL A. ROMBARDO, ESQ.
                                                            Nevada Bar No. 6800
                                                            Chief General Counsel
                                                            nrombardo@washoeschools.net
                                                            SARA K. MONTALVO, ESQ.
                                                            Nevada Bar No. 11899
                                                            General Counsel
                                                            sara.montalvo@washoeschools.net
                                                            Washoe County School District
                                                            P.O. Box 30425
                                                            Reno, NV 89520-3425

                                                            *Attorneys for Defendants*
                                                            *WASHOE COUNTY SCHOOL DISTRICT*
                                                            *TAMMY HART, JASON URMSTON, AND*
                                                            *ROLLINS STALLWORTH*

                                                                      **ORDER**

Dated: _____            IT IS SO ORDERED


                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **December 4, 2020**, I caused to be served a copy of the foregoing *JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF E.F.,* by filing the same with the Court's electronic filing system (PACER), addressed to the following:

CHRISTOPHER B. REICH, ESQ.
Nevada Bar No. 10198
Deputy Chief General Counsel
creich@washoeschools.net
NEIL A. ROMBARDO, ESQ.
Nevada Bar No. 6800
Chief General Counsel
nrombardo@washoeschools.net
SARA K. MONTALVO, ESQ.
Nevada Bar No. 11899
General Counsel
sara.montalvo@washoeschools.net
Washoe County School District
P.O. Box 30425
Reno, NV 89520-3425

*Attorneys for Defendants*
WASHOE COUNTY SCHOOL DISTRICT
TAMMY HART, JASON URMSTON, AND
ROLLINS STALLWORTH

_____
An employee of the Geddes Law Firm, P.C.