**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FAKER, individually, and MICHAEL FAKER, as parent and guardian for E.F., a minor.<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT a political subdivision of the State of Nevada; TAMMY HART, in her individual and official capacities; JASON URMSTON, in his individual and official capacities; and ROLLINS STALLWORTH, in his individual and official capacities.<br><br>Defendants. | CASE NO: 3:20-cv-00285-LRH-WGC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF E.F.** |

The parties to this action, acting through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree to the dismissal with prejudice of Plaintiff E.F. in this action, including all claims stated by E.F. against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: December 4, 2020 | THE GEDDES LAW FIRM, P.C.<br><br>*[signature]*<br><br>William J. Geddes, Esq.<br>Nevada Bar No. 6984<br>Kristen R. Geddes<br>Nevada Bar No. 9027<br>1575 Delucchi Lane, Suite 206<br>Reno, Nevada 89502<br>Phone: (775) 853-9455<br>Fax: (775) 299-5337<br>Email: Will@thegeddeslawfirm.com<br>Email: Kristen@thegeddeslawfirm.com<br>*Attorneys for Plaintiffs* |
| Dated: December 4, 2020 | WASHOE COUNTY SCHOOL DISTRICT<br><br>*Electronic Signature Authorized*<br><br>/s/ Christopher B. Reich, Esq.<br><br>CHRISTOPHER B. REICH, ESQ.<br>Nevada Bar No. 10198<br>Deputy Chief General Counsel<br>creich@washoeschools.net<br>NEIL A. ROMBARDO, ESQ.<br>Nevada Bar No. 6800<br>Chief General Counsel<br>nrombardo@washoeschools.net<br>SARA K. MONTALVO, ESQ.<br>Nevada Bar No. 11899<br>General Counsel<br>sara.montalvo@washoeschools.net<br>Washoe County School District<br>P.O. Box 30425<br>Reno, NV 89520-3425<br><br>*Attorneys for Defendants*<br>*WASHOE COUNTY SCHOOL DISTRICT*<br>*TAMMY HART, JASON URMSTON, AND*<br>*ROLLINS STALLWORTH* |

**ORDER**

| | |
|---|---|
| DATED this 7th day of December, 2020. | IT IS SO ORDERED<br><br>*[signature]*<br><br>LARRY R. HICKS<br>UNITED STATES DISTRICT JUDGE |

2