**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FAKER, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT a political subdivision of the State of Nevada; TAMMY HART, in her individual and official capacities; JASON URMSTON, in his individual and official capacities; and ROLLINS STALLWORTH, in his individual and official capacities.<br><br>　　　　　Defendants. | CASE NO: 3:20-cv-00285-LRH-WGC<br><br><br><br>**STIPULATION AND<br>ORDER TO EXTEND TIME TO FILE<br>STIPULATION FOR DISMISSAL**<br><br>**(First Request)** |

COMES NOW Plaintiff Michael Faker and Defendants Washoe County School District, Tammy Hart, Jason Urmston and Rollins Stallworth, by and through undersigned counsel of record, and hereby request a 30-day enlargement of time for the parties to file the Stipulation for Dismissal in this action. A draft settlement agreement has been circulated among the parties for review and execution, and the parties require additional time to obtain a fully executed agreement prior to dismissal of this matter. The deadline to file a Stipulation for Dismissal is currently Friday, January 15, 2021, and the parties respectfully request that the deadline be extended up to and including **Monday, February 15, 2021**,

. . .

. . .

1

The parties further submit that the request to the extend the deadline is made in good faith and not for the purpose of delay.

Dated: January 14, 2021    THE GEDDES LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　William J. Geddes, Esq.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6984
　　　　　　　　　　　　　　　　　　　Kristen R. Geddes
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 9027
　　　　　　　　　　　　　　　　　　　1575 Delucchi Lane, Suite 206
　　　　　　　　　　　　　　　　　　　Reno, Nevada 89502
　　　　　　　　　　　　　　　　　　　Phone: (775) 853-9455
　　　　　　　　　　　　　　　　　　　Fax: (775) 299-5337
　　　　　　　　　　　　　　　　　　　Email: Will@thegeddeslawfirm.com
　　　　　　　　　　　　　　　　　　　Email: Kristen@thegeddeslawfirm.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: January 14, 2021    WASHOE COUNTY SCHOOL DISTRICT

　　　　　　　　　　　　　　　　　　　*Electronic Signature Authorized*

　　　　　　　　　　　　　　　　　　　/s/  Christopher B. Reich, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHRISTOPHER B. REICH, ESQ.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 10198
　　　　　　　　　　　　　　　　　　　Deputy Chief General Counsel
　　　　　　　　　　　　　　　　　　　creich@washoeschools.net
　　　　　　　　　　　　　　　　　　　NEIL A. ROMBARDO, ESQ.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6800
　　　　　　　　　　　　　　　　　　　Chief General Counsel
　　　　　　　　　　　　　　　　　　　nrombardo@washoeschools.net
　　　　　　　　　　　　　　　　　　　SARA K. MONTALVO, ESQ.
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 11899
　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　sara.montalvo@washoeschools.net
　　　　　　　　　　　　　　　　　　　Washoe County School District
　　　　　　　　　　　　　　　　　　　P.O. Box 30425
　　　　　　　　　　　　　　　　　　　Reno, NV 89520-3425

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*WASHOE COUNTY SCHOOL DISTRICT*
　　　　　　　　　　　　　　　　　　　*TAMMY HART, JASON URMSTON, AND*
　　　　　　　　　　　　　　　　　　　*ROLLINS STALLWORTH*

**ORDER**

DATED this 15th day of January, 2021.　　　IT IS SO ORDERED

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2