UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FAKER, individually, and MICHAEL FAKER, as parent and guardian for E.F., a minor.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT a political subdivision of the State of Nevada; TAMMY HART, in her individual and official capacities; JASON URMSTON, in his individual and official capacities; and ROLLINS STALLWORTH, in his individual and official capacities.<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: 3:20-cv-00285-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this matter with prejudice pursuant to LR 7-1 of the

///

///

1

Local Rules of Practice for the United States District Court for the District of Nevada, with each party bearing their own fees and costs.

DATED this 29th day of January, 2021.

THE GEDDES LAW FIRM, P.C.

By: /s/Kristen R. Geddes, Esq.
   Kristen R. Geddes, Esq.
   1575 Delucchi Lane, Suite 206
   Reno, Nevada 89502
   Kristen@TheGeddesLawFirm.com
   Attorney for Plaintiff

DATED this 29th day of January, 2021.

OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

By: /s/Christopher B. Reich, Esq.
   Christopher B. Reich, Esq.
   creich@washoeschools.net
   P.O. Box 30425
   Reno, Nevada 89520-3425
   Attorney for all Defendants

**ORDER**

IT IS HEREBY ORDERED that the above referenced case, Case No. 3:20-cv-00285, is dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: February 1, 2021